Dismissed and Memorandum Opinion filed September 15, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00528-CV

____________

 

TRAVIS HARRIS, Appellant

 

V.

 

ALTA PINE FOREST, Appellee

 



 

On Appeal from County Civil Court at Law No. 3

Harris County, Texas

Trial Court Cause No. 991273

 



 

M E M O R
A N D U M   O P I N I O N

This appeal is from a judgment signed June 7, 2011.  No clerk’s
record has been filed.  The clerk responsible for preparing the record in this
appeal informed the court appellant did not make arrangements to pay for the
record.  

On August 11, 2011, notification was transmitted to all
parties of the court’s intention to dismiss the appeal for want of prosecution
unless, within fifteen days, appellant paid or made arrangements to pay for the
record and provided this court with proof of payment.  See Tex. R. App.
P. 37.3(b).

Appellant has not provided this court with proof of payment
for the record. Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Panel consists of Justices
Brown, Boyce, and McCally.